UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP VON KAHLE, in his capacity as assignee for the benefit of the creditors of COEX COFFEE INTERNATION, INC.,

                Plaintiff,

-against-

CARGILL, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2022_

21 Civ. 8532 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters, ECF Nos. 39 & 40. Accordingly:

1. Defendant's request for leave to file a motion to dismiss is GRANTED;
2. By **January 31, 2022**, Defendant shall file its motion to dismiss;
3. By **February 21, 2022**, Plaintiff shall file his opposition papers;
4. By **March 7, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: January 3, 2022
        New York, New York

                                            ANALISA TORRES
                                        United States District Judge