UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP VON KAHLE, in his capacity as assignee for the benefit of the creditors of COEX COFFEE INTERNATION, INC.,

        Plaintiff,

-against-

CARGILL, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/16/2022_

21 Civ. 8532 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 58. Paragraph 23 states that the Court shall "retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof." *Id.* ¶ 23. The Court shall not retain jurisdiction over the enforcement of the protective order following the conclusion of this litigation. Accordingly, by **February 18, 2022**, the parties shall file a revised proposed protective order.

    SO ORDERED.

Dated: February 16, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge