```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Philip von Kahle in his capacity as assignee for the benefit of the creditors of Coex Coffee International, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Cargill, Inc., <br><br> Defendant. | 1:21-cv-08532 (AT) (SDA) <br><br> ORDER FOR <br> <u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, March 25, 2022, at 11:00 a.m. EST to discuss the parties' joint letter motion filed at ECF No. 74. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
          March 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge