UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2023

PHILIP VON KAHLE, in his capacity as assignee for the benefit of the creditors of COEX COFFEE INTERNATIONAL, INC.,

    Plaintiff,

-v-

CARGILL, INC.,

    Defendant.

No. 1:21-cv-08532 (AT)(SDA)

~~NOTICE AND [PROPOSED]~~ ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Coral del Mar Lopez and subject to the approval of the Court, Coral del Mar Lopez hereby withdraws as counsel for Plaintiff Philip von Kahle and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. will continue to represent Philip von Kahle in this proceeding.

Dated: May 18, 2023

STEARNS WEAVER MILLER WEISSLER
ALAHADEFF & SITTERSON, P.A.

*s/ Coral del Mar Lopez*
Coral del Mar Lopez
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
clopez@stearnsweaver.com

SO ORDERED:

*[signature]*

United States Magistrate Judge Stewart D. Aaron
Dated: May 18, 2023