USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Philip von Kahle in his capacity as assignee for the benefit of the creditors of Coex Coffee International, Inc.,** | **1:21-cv-08532 (AT) (SDA)** |
| Plaintiff, | **ORDER** |
| -against- | |
| **Cargill, Inc.,** | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

On Wednesday, January 3, 2024, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:   New York, New York
         December 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge