```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP VON KAHLE, in his capacity
as assignee for the benefit of the creditors
of COEX COFFEE INTERNATIONAL, INC.,

                Plaintiff,

-against-

CARGILL, INC.,

                Defendant.

21 Civ. 8532 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated March 19, 2024.  ECF No. 228.  The final pretrial submission date is ADJOURNED *sine die*, and the Court shall set a pretrial submissions schedule following a ruling on the parties' motions for summary judgment.

    SO ORDERED.

Dated: April 8, 2024
       New York, New York

                                             ANALISA TORRES
                                       United States District Judge