IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILIP VON KAHLE, in his capacity
as assignee for the benefit of the creditors
of COEX COFFEE INTERNATIONAL, INC.,

    Plaintiff,

v.

CARGILL, INC.,

    Defendant.

Case No. 21-CV-08532-AT/SDA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/30/2024

## ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Giselle Gutierrez and subject to the approval of the Court, Giselle Gutierrez hereby withdraws as counsel for Plaintiff, PHILIP VON KAHLE, in his capacity as assignee for the benefit of the creditors of COEX COFFEE INTERNATIONAL, INC., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Lawyers from Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. and Clarick Gueron Reisbaum LLP continue to represent Plaintiff in this proceeding.

Dated: May 29, 2024

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By: _____
EUGENE E. STEARNS (*pro hac vice*)
Florida Bar No. 0149335
estearns@stearnsweaver.com

DREW DILLWORTH (*pro hac vice*)
Florida Bar No. 0167835
ddillworth@stearnsweaver.com
JASON P. HERNANDEZ (*pro hac vice*)
Florida Bar No. 18598
jhernandez@stearnsweaver.com
ERIC J. SILVER (*pro hac vice*)
Florida Bar No. 057262
esilver@stearnsweaver.com
CECILIA D. SIMMONS (*pro hac vice*)
Florida Bar No. 469726
csimmons@stearnsweaver.com
MATTHEW M. GRAHAM (*pro hac vice*)
Florida Bar No. 86764
mgraham@stearnsweaver.com
VERONICA L. DE ZAYAS (*pro hac vice*)
Florida Bar No. 91284
vdezayas@stearnsweaver.com
BRETT M. KALIKOW
Florida Bar No. 1048719
bkalikow@stearnsweaver.com

GISELLE GUTIERREZ (*pro hac vice*)
Florida Bar No. 100254
EXHIBIT G LAW FIRM
1825 Ponce de Leon Blvd., Suite 302
Coral Gables, FL  33134
Phone: (305) 340-7066
giselle@exg-law.com

- and –

**CLARICK GUERON REISBAUM LLP**
220 Fifth Avenue, 14th Floor
New York, NY 10001
Phone: (212) 633-4310
Fax: (646) 478-9484
EMILY REISBAUM
ereisbaum@cgr-law.com

*Counsel for Plaintiff Philip von Kahle*

SO ORDERED:

_____
United States Magistrate Judge Stewart D. Aaron

2