```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Philip von Kahle, *in his capacity as assignee for the benefit of the creditors of* Coex Coffee International, Inc.,

                                  Plaintiff,

-against-

Cargill, Inc.,

                                  Defendant.

1:21-cv-08532 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Pending before the Court is a motion to seal (the "Motion to Seal") filings on the ECF docket (Joint 6/12/24 Ltr. Mot. to Seal, ECF No. 285), which is related to pending cross-motions for partial summary judgment by Plaintiff Philip von Kahle, in his capacity as assignee for the benefit of the creditors of Coex Coffee International, Inc. ("Plaintiff") and Defendant Cargill, Inc. ("Defendant"). (*See* Pl.'s Mot. Partial Summ. J., ECF No. 232; Def.'s Mot. Partial Summ. J., ECF No. 245.) For reasons stated herein, the Court PROVISIONALLY GRANTS the Motion to Seal at ECF No. 284.

      Specifically, the parties request the Court to maintain under seal: "(1) irrelevant transactions in Cargill's bank statements, (2) the names of Cargill's third-party customers, (3) Cargill's sensitive financial information, and (4) Cargill's internal policies and procedures." (Joint 6/12/24 Ltr. Mot. to Seal at 3-4.) While the Joint Letter provides in the first paragraph that the Motion to Seal is in "in connection with Plaintiff's Local Civil Rule 56.1 Statement (ECF No. 242) and Plaintiff's Response to Cargill's Local Civil Rule 56.1 Statement (ECF No. 262)," (*id.* at 1), the

Court construes the Motion to Seal more broadly based on citations to other documents filed under seal. (*See, e.g.*, *id.* at 3 (citing ECF Nos. 243, 259 and 261, all of which are filed under seal).)

Based on its review, the Court finds that the Motion to Seal is best determined in the context of the complete record on the forthcoming motions for partial summary judgment. Under these circumstances, and given the very limited nature of information for which sealing is sought, the Court PROVISIONALLY GRANTS the Motion to Seal at ECF No. 284. The Court will further address the Motion to Seal when it issues its Report and Recommendation on the forthcoming motions for partial summary judgment.

For the reasons set forth herein, the Motion to Seal is PROVISIONALLY GRANTED.

**SO ORDERED.**

Dated:   New York, New York
         June 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge