UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP VON KAHLE, in his capacity as assignee for the benefit of the creditors of COEX COFFEE INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>CARGILL, INC.,<br><br>      Defendant. | No. 1:21-cv-08532 (JSR)(SDA)<br><br>NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that, upon the annexed declaration of Neal Kumar and subject to the approval of the Court, Neal Kumar hereby withdraws as counsel for Defendant Cargill, Incorporated and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Lawyers from Willkie Farr & Gallagher LLP will continue to represent Cargill, Incorporated in this proceeding.

Dated: April 11, 2025

                Respectfully submitted,

                /s/ *Joshua S. Levy*

                Joshua S. Levy
                Soumya Dayananda (admitted *pro hac vice*)
                Mark T. Stancil (admitted *pro hac vice*)
                Willkie Farr & Gallagher LLP
                1875 K Street, N.W.
                Washington, D.C. 20006
                jlevy@willkie.com
                mstancil@willkie.com
                sdayananda@willkie.com
                Tel: (202) 303-1000

                *Attorneys for Defendant Cargill, Incorporated*

SO ORDERED:

_____
United States District Judge Jed S. Rakoff

4-15-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP VON KAHLE, in his capacity as assignee for the benefit of the creditors of COEX COFFEE INTERNATIONAL, INC.,<br><br>                       Plaintiff,<br><br>  -v-<br><br>CARGILL, INC.,<br><br>                       Defendant. | No. 1:21-cv-08532 (JSR)(SDA)<br><br>DECLARATION OF NEAL KUMAR |

1.      I am counsel for Defendant Cargill, Incorporated in the above-captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am leaving the firm Willkie Farr & Gallagher LLP and withdrawing as counsel in this matter.

2.      Lawyers from Willkie Farr & Gallagher LLP will continue to represent Cargill, Incorporated in this matter.

3.      My withdrawal will not delay the matter or prejudice any party, and I am not asserting a retaining or charging a lien.

4.      Counsel from Cargill, Incorporated has consented to my withdrawal.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2025                /s/ Neal Kumar
                                            Neal Kumar