# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Jason P. Hernandez
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct: (305) 789-3455
Fax: (305) 789-2685
Email: jhernandez@stearnsweaver.com

April 28, 2025

**VIA ECF**

The Honorable Jed S. Rakoff
United States District Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Philip von Kahle ex rel. Coex Coffee International, Inc. v. Cargill, Inc.*, No. 1:21-cv-08532 (JSR)(SDA) (S.D.N.Y.)

Dear Judge Rakoff:

On behalf of the parties, pursuant to Rule 6.1 of the Southern District of New York's Electronic Case Filing Rules & Instructions, and Rule 14(c) of this Court's Individual Rules of Practice, Plaintiff Philip von Kahle, in his capacity as assignee for the benefit of creditors of Coex Coffee International, Inc. ("Plaintiff"), hereby submits this joint motion for sealing of documents.

During a telephone conference with the Court earlier today, Defendant Cargill, Inc. ("Cargill") requested that Plaintiff be required to file certain documents supporting his forthcoming motion *in limine* under seal for a limited period. The Court orally ordered that the documents may be filed under seal and shall remain under seal for three days. The Court further directed that the parties meet and confer to discuss whether and to what extent those documents shall remain sealed.

The parties are filing this letter motion in accordance with Rule 6.1 of the S.D.N.Y ECF Rules, which require a public filing on the docket in order to electronically file a document under seal.

SO ORDERED

/s/ Jed S. Rakoff
USDJ
4-29-25

April 28, 2025
Page 2

      Counsel for Plaintiff has conferred with counsel for Cargill, which has consented to the filing of this joint letter motion.

Respectfully submitted,

| /s/ *Jason P. Hernandez* | /s/ *Joshua S. Levy* |
|---|---|
| Jason P. Hernandez | Joshua S. Levy |
| Stearns Weaver Miller Weissler, | Willkie Farr & Gallagher LLP |
| Alhadeff & Sitterson, P.A. | 1875 K Street, N.W. |
| 150 West Flagler Street, Suite 2200 | Washington D.C. 20006 |
| Miami, FL 33130 | Tel: (202) 303-1000 |
| Tel: 305-789-3200 | jlevy@willkie.com |
| jhernandez@stearnsweaver.com | |
| | *Attorneys for Defendant Cargill, Incorporated* |
| *Attorneys for Plaintiff Philip Von Kahle, in his capacity as Assignee for the benefit of Creditors of Coex Coffee International, Inc.* | |